# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

R. Rudnick & Co.
v.
G.F. Protection Inc., d/b/a Guardian Fall Protection and John Does 1-10

Case Number:

FILED: April 01, 2008
08CV1856        AEE
JUDGE GOTTSCHALL
MAGISTRATE JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

G.F. Protection Inc. d/b/a Guardian Fall Protection

| | |
|---|---|
| NAME (Type or print) | |
| Stephanie W. Tipton | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Stephanie W. Tipton | |
| FIRM | |
| Litchfield Cavo, LLP | |
| STREET ADDRESS | |
| 303 W. Madison, Suite 300 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06270738 | 312-781-6636 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☑ | |