IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 cv 1856 |
| | ) | |
| G.F. PROTECTION INC., | ) | Hon. Judge Gottshall |
| d/b/a GUARDIAN FALL PROTECTION | ) | |
| and, JOHN DOES 1-10, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant G. F. Protection Inc., d/b/a Guardian Fall Protection ("G.F. Protection"), by and through their attorneys, Litchfield Cavo, LLP, move this Honorable Court for an extension of time to answer or otherwise plead and in support thereof, respectfully states as follows:

1.  Plaintiff R. Rudnick & Co. ("R. Rudnick") is a business incorporated in and having its principal place of business in Illinois.

2.  Defendant G.F. Protection is a business incorporated in and having its principal place of business in Washington.

3.  On February 28, 2008 R. Rudnick filed a three-count Class Action Complaint in the Circuit Court of Cook County, Illinois (Case No. 08CH07904). Defendant has not yet responded to the Complaint nor have any rulings been made on this case.

4.  Defendant removed this lawsuit to this Court on April 1, 2008.

5. Defendant requests 30 days, or until May 7, 2008, to Answer or otherwise plead, so that G. F. Protection counsel can fully review the case prior to responding or otherwise pleading to R. Rudnick Class Action Complaint.

**WHEREFORE**, Defendant G. F. Protection hereby moves this Honorable Court for an extension of time to answer or otherwise plead until May 7, 2008.


Dated: April 7, 2008                             /s/ Stephanie W. Tipton

                                                  By:  An Attorney for Defendant

Alan I. Becker (00147524)
Stephanie W. Tipton (06270738)
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL  60606
312-781-6622 (Becker)
312-781-6636 (Tipton)
312-781-6630 (fax)