UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 cv 1856 |
| | ) | |
| G.F. PROTECTION INC., | ) | Hon. Judge Gottshall |
| d/b/a GUARDIAN FALL PROTECTION | ) | |
| and, JOHN DOES 1-10, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:  Daniel A. Edelman
   Cathleen M. Combs
   James A. Latturner
   Tara L. Goodwin
   Julie Clark
   Edelman, Combs, Latturner & Goodwin, LLC
   120 S. LaSalle St., 18th Fl.
   Chicago, IL 60603

   PLEASE TAKE NOTICE that on **Thursday**, **April 10, 2007 at 9:30 a.m**. as soon thereafter as counsel may be heard, I shall appear before Judge Joan B. Gottshall, Room 2325 in the United States District Court for the Northern District of Illinois and then there present *Unopposed Motion for an Extension of Time to Answer or Otherwise Plead* a true copy of which is attached hereto and hereby served upon you.

                    Respectfully submitted,


                    By:   /s/Stephanie W. Tipton
                         One of Its Attorneys

Alan I. Becker
Stephanie W. Tipton
LITCHFIELD CAVO LLP
303 West Madison Street
Suite 300
Chicago, IL  60606
312-781-6636
312-781-6630 (fax)

## **PROOF OF SERVICE**

    I, <u>Sandy Solorio,</u> a non-attorney, hereby certify that the attached documents were served to the above mentioned attorney via electronic service and by depositing same in the U.S. Mail Chute at 303 West Madison Street, Chicago, Illinois, 60606 on April 7, 2008, before 5:00 p.m., with proper postage prepaid.

                                                      <u>/s/Sandy Solorio</u>