UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

R. Rudnick & Co.
                    Plaintiff,

v.                                    Case No.: 1:08−cv−01856
                                          Honorable Joan B. Gottschall

G.F. Protection Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

      MINUTE entry before Judge Honorable Joan B. Gottschall: Unopposed MOTION by Defendant G.F. Protection Inc. for extension of time to file answer [11] by May 7, 2008 is granted. No appearance is required 4/10/2008. ( Status hearing set for 5/28/2008 at 09:30 AM.) Parties are directed to discuss settlement of case, consent to proceed before the Magistrate Judge and a proposed discovery plan. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.