IN THE CIRCUIT COURT OF UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 cv 1856 |
| | ) | |
| G.F. PROTECTION INC., | ) | Hon. Judge Gottshall |
| d/b/a GUARDIAN FALL PROTECTION | ) | |
| and, JOHN DOES 1-10, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, G.F. PROTECTION, INC.'S MOTION TO DISMISS
COUNTS II AND III OF PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendant, G. F. Protection, Inc. ("G.F. Protection"), by its attorneys, pursuant to Fed.R.Civ.P 12(b)(6), hereby moves for dismissal of Counts II and II of Plaintiff, R. Rudnick & Co.'s Class Action Complaint, with prejudice. In support of its motion, G. F. Protection submits herewith the attached memorandum of law.

WHEREFORE, Defendant, G. F. Protection, Inc., respectfully requests entry of an Order dismissing Counts II and III of plaintiff, R. Rudnick's Class Action Complaint with prejudice, and for any further relief this Court deems just and appropriate.

Date: May 7, 2008

G.F. PROTECTION D/B/A GUARDIAN FALL PROTECTION
Defendant,


By:   /s/ Stephanie W. Tipton
One of Its Attorneys

Alan I. Becker
Stephanie W. Tipton
LITCHFIELD CAVO LLP
303 West Madison Street
Suite 300
Chicago, IL   60606
312-781-6622
312-781-6630 (fax)