UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 cv 1856 |
| | ) | |
| G.F. PROTECTION INC., | ) | Hon. Judge Gottshall |
| d/b/a GUARDIAN FALL PROTECTION | ) | |
| and, JOHN DOES 1-10, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Daniel A. Edelman
      Cathleen M. Combs
      James A. Latturner
      Tara L. Goodwin
      Heather Kolbus
      Edelman, Combs, Latturner & Goodwin, LLC
      120 S. LaSalle St., 18th Fl.
      Chicago, IL 60603

PLEASE TAKE NOTICE that on **Thursday, May 29, 2008 at 9:30 a.m**. or as soon thereafter as counsel may be heard, I shall appear before Judge Joan B. Gottshall, **Room 2325** in the United States District Court for the Northern District of Illinois and then there present **Defendant, G.F. Protection, Inc.'s Motion To Dismiss Counts II And III Of Plaintiff's Class Action Complaint and Defendant G.F. Protection, Inc.'s Memorandum In Support Of Its Motion To Dismiss Counts II And III Of Plaintiff's Class Action Complaint,** true copies of which are attached hereto and hereby served upon you.

                                              Respectfully submitted,


                                              By:   /s/Stephanie W. Tipton
                                                    One of Its Attorneys

Alan I. Becker
Stephanie W. Tipton
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, IL  60606
312-781-6636
312-781-6630 (fax)

1

## **PROOF OF SERVICE**

I, Stephanie W. Tipton, an attorney, hereby certify that the attached documents were served to the above mentioned attorney via electronic service and by depositing same in the U.S. Mail Chute at 303 West Madison Street, Chicago, Illinois, 60606 on May 7, 2008, before 5:00 p.m., with proper postage prepaid.

/s/Stephanie W. Tipton

Berkley/GF Protection
2786/49