UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 1856 |
| v. | ) | |
| | ) | Judge Gottschall |
| GF PROTECTION INC., | ) | |
| d/b/a GUARDIAN FALL PROTECTION, | ) | Magistrate Judge Brown |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT REPORT OF THE PARTIES**

Plaintiff R. Rudnick & Co. represented by counsel from Edelman, Combs, Latturner & Goodwin, LLC and Defendant GF Protection, Inc. d/b/a Guardian Fall Protection represented by counsel from Litchfield Cavo, LLP hereby submit this joint report pursuant to Fed. R. Civ. P. 26(f). The parties have met and conferred for the purposes of preparing the following proposed schedule. The Court has set a status hearing and scheduling conference on May 28, 2008 at 9:30 a.m. The parties state as follows:

    1.    **Pre-trial Schedule**. The parties jointly propose to the Court the following discovery plan:

        a.    Discovery will be needed on at least the following subjects: Plaintiff will need discovery from defendant, and possibly third parties, regarding to whom and when the unsolicited advertising faxes were sent. Plaintiff needs sufficient time in discovery to determine whether any parties need to be added, to add such parties, and to take discovery from them, if necessary. Plaintiff may need to hire an expert to determine the manner of faxing and the identities or fax numbers of fax recipients and/or to inspect the facsimile equipment. Plaintiff also will need discovery on defendant's affirmative defenses. Defendant will need discovery on all aspects of Plaintiff's Complaint, and issues pertaining to class certification.

        b.    Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to be made by

1

May 27, 2008. All discovery to be commenced in time to be completed by April 6, 2009.

      c.      The parties expect they will need approximately 10 depositions.

      d.      Reports from retained experts under Rule 26(a)(2) due:

      from plaintiff by May 14, 2009.

      from defendant by June 18, 2009.

      rebuttal experts by July 22, 2009.

      e.      Parties should be allowed until November 17, 2008 to join additional parties and to amend the pleadings.

      f.      All potentially dispositive motions should be filed by August 28, 2009.

      g.      The parties request a final pretrial conference to be set by this court in accordance with Fed. R. Civ. P. 16 and Local Rule 16.2.

      h.      The case should be ready for trial by January, 2010. Plaintiff, at this time, expects that a trial will take approximately 2 days.

    2.    **Settlement**. Pursuant to this Court's standing order, the parties will meet to fully explore settlement in advance of submitting this report.

    3.    **Consent**. The parties do not unanimously consent to proceed before a Magistrate Judge.

Respectfully submitted,

| | |
|---|---|
|   /s/ Heather Kolbus   |   /s/ Stephanie W. Tipton   |
| Daniel A. Edelman | Alan I. Becker |
| Heather Kolbus | Stephanie W. Tipton |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | LITCHFIELD CAVO, LLP |
| | 303 W. Madison Street |
| | Suite 300 |
| 120 S. LaSalle Street, 18th Floor | |
| Chicago, Illinois 60603 | Chicago, IL 60606 |
| (312) 739-4200 | (312) 781-6622 (Becker) |
| (312) 419-0379 (FAX) | (312) 781-6636 (Tipton) |
| | (312) 781-6630 (FAX) |