**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 1856 |
| v. | ) | |
| | ) | Judge Gottschall |
| GF PROTECTION INC., | ) | |
| d/b/a GUARDIAN FALL PROTECTION, | ) | Magistrate Judge Brown |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

**TO:**   Please see certificate of service.

    **PLEASE TAKE NOTICE** that on May 7, 2008, we caused to be filed with the clerk of the United States District Court for the Northern District of Illinois, the following document: **JOINT REPORT OF THE PARTIES**, copies of which are attached hereto and hereby served upon you.

                                                               /s/ Heather Kolbus
                                                                 Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on May 7, 2008, I caused a true and accurate copy of the foregoing document to be served upon the party listed below via the court's CM/ECF system.

Alan I. Becker
becker@litchfieldcavo.com

Stephanie W. Tipton
tipton@litchfieldcavo.com

                                                     /s/ Heather Kolbus
                                                   Heather Kolbus