UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 cv 1856 |
| | ) | |
| G.F. PROTECTION INC., | ) | Hon. Judge Gottshall |
| d/b/a GUARDIAN FALL PROTECTION | ) | |
| and, JOHN DOES 1-10, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Daniel A. Edelman
　　　Cathleen M. Combs
　　　James O. Latturner
　　　Heather A. Kolbus
　　　Edelman, Combs, Latturner & Goodwin, LLC
　　　120 S. LaSalle St., 18th Floor
　　　Chicago, Illinois 60603

Please take notice that on May 28, 2008, Defendant G.F. Protection d/b/a Guardian Fall Protection, a corporation, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant G. F. Protection, Inc.'s Answer And Affirmative Defenses To Count I Of Plaintiff's – Class Action Complaint**, a copy of which is attached hereto.

　　　　　　　　　　　　　　　　　　G.F. PROTECTION d/b/a GUARDIAN FALL
　　　　　　　　　　　　　　　　　　PROTECTION, Defendant,

　　　　　　　　　　　By:   /s/ Stephanie W. Tipton
　　　　　　　　　　　　　　　　　　One of Its Attorneys

Alan I. Becker (00147524)
Stephanie W. Tipton (06270738)
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL  60606
312-781-6622 (Becker)
312-781-6636 (Tipton)
312-781-6630 (fax)

## CERTIFICATE OF SERVICE

I, Stephanie W. Tipton, an attorney, under oath, certify that I served a copy of **Defendant G. F. Protection, Inc.'s Answer And Affirmative Defenses To Count I Of Plaintiff's – Class Action Complaint** on this 28 day of May, 2008 upon:

> Daniel A. Edelman
> Cathleen M. Combs
> James O. Latturner
> Heather A. Kolbus
> Edelman, Combs, Latturner & Goodwin, LLC
> 120 S. LaSalle St., 18th Floor
> Chicago, Illinois 60603
> (312) 739-4200
> (312) 419-0379 Fax

>                         /s/ Stephanie W. Tipton
>                         Stephanie W. Tipton