# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

R. Rudnick & Co.

Plaintiff,

v.                                          Case No.: 1:08–cv–01856

Honorable Joan B. Gottschall

G.F. Protection Inc., et al.

Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

        MINUTE entry before the Honorable Joan B. Gottschall:Status hearing held on 5/28/2008.Briefing schedule as to motion to dismiss counts 2 and 3 [14] is set as follows( Responses due by 6/25/200; Replies due by 7/9/2008.)The motion will not be heard on 5/29/2008 as noticed.Mailed notice(tlp,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.