# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

R. Rudnick & Co.

                    Plaintiff,

v.                                                                          Case No.: 1:08−cv−01856
                                                                            Honorable Joan B. Gottschall

G.F. Protection Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:Briefing as to MOTION by Defendant G.F. Protection Inc. to dismiss Counts II and III of Plaintiff's Class Action Complaint [14] is set as follows :( Response due by 6/26/2008; Reply due by 7/10/2008.)No appearance required.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.