UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R. RUDNICK & CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08 C 1856 |
| v. ) | |
| ) | Judge Gottschall |
| GF PROTECTION INC., ) | |
| d/b/a GUARDIAN FALL PROTECTION, ) | Magistrate Judge Brown |
| and JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Plaintiff R. Rudnick & Co. is a privately held corporation. It does not have any parent corporation, nor does any public corporation own 10% or more of its stock.

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Heather Kolbus, certify that on June 26, 2008 I caused a true and accurate copy of the foregoing document to be served upon the party listed below via the Court's CM/ECF system.

Alan I. Becker
becker@litchfieldcavo.com

Stephanie W. Tipton
tipton@litchfieldcavo.com

Erin Potempa
epotempa@litchfieldcavo.com

       /s/ Heather Kolbus
      Heather Kolbus