IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 cv 1856 |
| | ) | |
| G.F. PROTECTION, INC., | ) | Hon. Judge Gottshall |
| d/b/a GUARDIAN FALL PROTECTION | ) | |
| and, JOHN DOES 1-10, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S LOCAL RULE 3.2 STATEMENT

Defendant G.F. Protection, Inc., d/b/a Guardian Fall Protection is a privately held corporation. It does not have any publicly held affiliates.

Dated: July _1_, 2008             /s/ Stephanie W. Tipton
                                                By: An Attorney for Defendant


Alan I. Becker (00147524)
Stephanie W. Tipton (06270738)
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL  60606
312-781-6622 (Becker)
312-781-6636 (Tipton)
312-781-6630 (fax)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 cv 1856 |
| | ) | |
| G.F. PROTECTION INC., | ) | Hon. Judge Gottshall |
| d/b/a GUARDIAN FALL PROTECTION | ) | |
| and, JOHN DOES 1-10, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:    Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather A. Kolbus
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St., 18th Floor
Chicago, Illinois 60603

Please take notice that on May 28, 2008, Defendant G.F. Protection d/b/a Guardian Fall Protection, a corporation, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's Local Rule 3.2 Statement, a copy of which is attached hereto.

                              G.F. PROTECTION d/b/a GUARDIAN FALL
                              PROTECTION, Defendant,

                By:    /s/ Stephanie W. Tipton
                          One of Its Attorneys

Alan I. Becker (00147524)
Stephanie W. Tipton (06270738)
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL  60606
312-781-6622 (Becker)
312-781-6636 (Tipton)
312-781-6630 (fax)

## **CERTIFICATE OF SERVICE**

I, Stephanie W. Tipton, an attorney, under oath, certify that I served a copy of Defendant's Local Rule 3.2 Statement on this 1st day of July, 2008 upon:

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather A. Kolbus
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St., 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 Fax


     /s/ Stephanie W. Tipton
     Stephanie W. Tipton